**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| A.D., an individual,<br>    Plaintiff,<br><br>v.<br><br>R&M REAL ESTATE COMPANY,<br>INC., ROBERT VOCISANO AND<br>MARIO VOCISANO,<br><br>    Defendants. | Case No. 2:22-cv-00652-JES-NPM<br><br>Judge John Steele<br>Magistrate Judge Nicholas P.<br>Mizell |
| A.D., an individual,<br>    Plaintiff,<br><br>v.<br><br>R&M REAL ESTATE COMPANY,<br>INC., ROBERT VOCISANO AND<br>MARIO VOCISANO,<br><br>    Defendants. | Case No. 2:22-cv-00646-JES-NPM<br><br>Judge John Steele<br>Magistrate Judge Nicholas P.<br>Mizell |
| A.D., an individual,<br>    Plaintiff,<br><br>v.<br><br>R&M REAL ESTATE COMPANY,<br>INC., ROBERT VOCISANO AND<br>MARIO VOCISANO,<br><br>    Defendants. | Case No. 2:22-cv-00647-JES-NPM<br><br>Judge John Steele<br>Magistrate Judge Nicholas P.<br>Mizell |

## NOTICE OF RESOLUTION OF CLAIMS AGAINST ALL DEFENDANTS

NOTICE IS HEREBY GIVEN that, pursuant to Local Rules of the Middle

District of Florida 3.09(a), Plaintiff, A.D., hereby gives notice that all parties to the

1

instant action have agreed to resolve the entirety of this civil action contingent upon written release and the disbursement of any settlement proceeds.

Dated: March 18, 2024

**RESPECTFULLY SUBMITTED,**

*/s/ Emmie J. Paulos*
**Emmie J. Paulos** (Fla. Bar No. 99010)
LEVIN PAPANTONIO RAFFERTY
316 S. Baylen St. Suite 600
Pensacola, Florida 32502
T: 850-435-7061
F: 850-436-6061
E: epaulos@levinlaw.com

*Attorney for Plaintiff*